UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVIE PONDER,

        Plaintiff,

  v.

US ATTORNEY, et al.,

        Defendants.

Case No. 4:24-cv-04243-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin et al*, 22-cv-05137-YGR.

IT IS SO ORDERED.

Dated: September 23, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge